IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
   Plaintiff,

  vs.         No. 12-10089-12-JTM

JESUS SANCHEZ,
    Defendant.


MEMORANDUM AND ORDER


By prior Order (Dkt. 1356), the court denied defendant Jesus Sanchez's motion to vacate his sentence. Sanchez then filed a Notice of Appeal challenging this decision, and the Tenth Circuit has recently denied his request for a Certificate of Appealability on the issues presented in the case. (Dkt. 1376). In light of this denial, and because the defendant has otherwise ably if unsuccessfully presented his arguments, the court finds that Sanchez's Motion for Appointment of Counsel (Dkt. 1359) should be and is denied.

IT IS SO ORDERED this day of July, 2020.


J. Thomas Marten
J. Thomas Marten, Judge